STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant Aguirre-Barbosa

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00086 SBA |
| ) | |
| Plaintiff, ) | |
| ) | ORDER CONTINUING REVOCATION |
| vs. ) | HEARING |
| ) | |
| RAUL AGUIRRE BARBOSA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

# ORDER

Based on the reasons provided in the stipulation of the parties, it is hereby ORDERED that the ADMISSION AND FINAL REVOCATION HEARING previously set for October 18, 2012 at 11:00 a.m. be re-set on November 26, 2012, at 10:00 a.m., before the Honorable Saundra Brown Armstrong.

DATED:10/16/12

_____
HON. SAUNDRA BROWN ARMSTRONG
SENIOR UNITED STATES DISTRICT JUDGE